RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
ben_nemec@fd.org

Attorney for Clayton Perkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAYTON PERKINS,<br><br>    Defendant. | Case No. 2:21-cr-00308-RFB-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Clayton Perkins, that the Sentencing Hearing currently scheduled on July 25, 2022, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel will be out of the jurisdiction from July 16th-July 30th and will not be able to attend Mr. Perkins's sentencing as it is currently scheduled.

   2.   Defendant is incarcerated and does not object to a continuance.

   3.   The parties agree to the continuance.

This is the first request for continuance filed herein.

DATED this 25th day of April 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Bianca R Pucci<br>BIANCA R PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLAYTON PERKINS,<br><br>　　　　Defendant. | Case No. 2:21-cr-00308-RFB-BNW<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on July 25, 2022, at the hour of 9:00 a.m., be vacated and continued to  August 1, 2022  at the hour of  9 :00  a .m. . , in LV Courtroom 7C.

　　　DATED this 27th day of April 2022.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE